Vincent M. DeOrchis (VMD-6515)
DEORCHIS, & PARTNERS, LLP
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

Attorneys for Defendant,
UPS OCEAN FREIGHT SERVICES, INC.;
UPS SUPPLY CHAIN SOLUTIONS.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
SHINKONG INSURANCE CO. LTD.;

                             Plaintiffs,              ECF CASE

- against -

                                                      08 Civ. 195 (PKL)

UPS OCEAN FREIGHT SERVICES INC.;
UPS SUPPLY CHAIN SOLUTIONS;            ***RULE 7.1 STATEMENT***
M/V "BEI DAI HE", her engines, tackle,
Boilers, etc.;

                             Defendants.
------------------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure of the United States District Courts, the undersigned counsel for defendants UPS OCEAN FREIGHT SERVICES INC. and UPS SUPPLY CHAIN SOLUTIONS, INC (private non-governmental parties) certify upon information and belief that the following are corporate parents and/or subsidiaries of said parties which are publicly held:

        1.    United Parcel Service, Inc.;
        2.    Menlo Worldwide Forwarding, Inc.;
        3.    UPS Logistics Technologies; and
        4.    UPS SCS (UK) Limited.

Dated: New York, New York
April 21, 2008

        **DeORCHIS, & PARTNERS, LLP**
Attorneys for Defendants UPS OCEAN FREIGHT SERVICES INC. and UPS SUPPLY CHAIN SOLUTIONS

By: /s/   Vincent M. DeOrchis
    Vincent M. De Orchis, Esq. (VMD-6515)
    61 Broadway, 26th Floor
    New York, New York  10006-2802
    (212) 344-4700
    Our File:  2104-54