David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
SHINKONG INSURANCE CO. LTD.                :

         Plaintiff,                           :

- against -                                                :

UPS OCEAN FREIGHT SERVICES, INC.;          :    08 Civ. 195 (PKL)
UPS SUPPLY CHAIN SOLUTIONS;
M/V "BEI DAI HE", her engines, tackle,     :    **STIPULATION & ORDER**
boilers, etc.;                                  **OF DISCONTINUANCE**
                                           :
        Defendants.
-----------------------------------------------------------x

    A settlement agreement having been reached, it is hereby stipulated and agreed that this action is discontinued as to all parties pursuant to Rule 41 (a) (1)(ii) and (c) Federal Rules of Civil Procedure, with prejudice but with each party to pay its own costs and attorney fees.

    It is further stipulated and agreed that, if the settlement funds are not paid within sixty (60) days of the entry of this order, this action will be restored to the active docket of the Court upon letter application of plaintiff's counsel.

Dated: New York, New York
       May 22, 2008

SO ORDERED:
_____
UNITED STATES DISTRICT JUDGE

08 Civ. 195 (PKL)
Stipulation & Order of Discontinuance
Page 2

                        LAW OFFICES,
                        DAVID L. MAZAROLI

                        */s/ David L. Mazaroli*
                        David L. Mazaroli (DM 3929)
                        Attorney for Plaintiff
                        11 Park Place - Suite 1214
                        New York, New York 10007
                        Tel.: (212)267-8480
                        Fax.: (212)732-7352
                        E-mail: dlm@mazarolilaw.com
                        File No.: 7WC-1480

DeOrchis & Partners, LLP
Attorneys for Defendants
UPS OCEAN FREIGHT SERVICES, INC.
UPS SUPPLY CHAIN SOLUTIONS

By: */s/ Vincent M. DeOrchis*
    Vincent M. DeOrchis (VMD-6515)
    61 Broadway, Suite 2600
    New York, New York 10006-2701
    Tel.: (212)344-4700